# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SOUTHERN FOODS CAJUN CUISINE, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3323** |
| **MERIDIAN RESOURCE & EXPLORATION LLC.** | **SECTION: "C" (4)** |

# ORDER

Before the Court is plaintiff's Motion to Remand (Rec. Doc. 4.) To remain in federal court, the removing party, in this case the defendant, must prove by a preponderance of the evidence that the jurisdictional minimum exists. *Luckett v. Delta Airlines, Inc*., 171 F.3d 295, 298 (5th Cir. 1999) This showing may be made by either: (1) demonstrating that it is facially apparent that the claims are likely above the jurisdictional minimum; or (2) setting forth the facts in controversy that support a finding of the jurisdictional minimum. *Id.* Plaintiff submitted a signed stipulation that damages, including penalties, attorney fees and court costs, are less than $75,000. (Rec. Doc. 4-3.) The Court has been informed that defendant does not oppose the motion. Based on the record, the memorandum and stipulation by plaintiff, and the applicable law, the Court has determined that remand is appropriate.

Accordingly,

IT IS ORDERED that this matter is REMANDED to the Thirty-fourth Judicial District

1

for the Parish of St. Bernard, State of Louisiana for lack of subject-matter jurisdiction under 28 U.S.C. § 1447(c).

New Orleans, Louisiana, this 6th day of July, 2009.

                                    HELEN G. BERRIGAN
                                    UNITED STATES DISTRICT JUDGE